# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND
LINDA TORRES

NO.   2023 CW 0640

VERSUS

JOHN MAMOULIDES, LAKELOTS,
INC., INTREPID, INC., ONE
CONSORT INTERNATIONAL, LLC,
LAKE RAMSEY DEVELOPMENT AND
ST. TAMMANY PARISH

OCTOBER 10, 2023

---

In Re:    Anthony Misita and Glenn and Linda Torres, applying
          for rehearing, 22nd Judicial District Court, Parish of
          St. Tammany, No. 201314638.

---

BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.

   **APPLICATION FOR REHEARING DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT



_____
      DEPUTY CLERK OF COURT
        FOR THE COURT